AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Raqib Abdul al-Amin,<br>*Plaintiff*<br>v.<br>Warden Charles Williams; Denis Patterson; Bryan Stirling *Director of South Carolina Dept. Of Corr.*,<br>*Defendants.* | ) ) ) ) ) ) Civil Action No.  0:21-cv-02738-BHH |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is hereby entered for the defendants, Warden Charles Williams, Denis Patterson and Bryan Stirling *Director of South Carolina Dept. Of Corr.* as to Plaintiff's federal claims and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting in part, the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting the Defendant's motion for summary judgment.

Date:   September 12, 2022                                      *Robin L. Blume, CLERK OF COURT*

                                                                                                s/L. Baker
                                                                                _____
                                                                                *Signature of Clerk or Deputy Clerk*